1  LAFAYETTE & KUMAGAI LLP
   GARY T. LAFAYETTE (State Bar No. 088666)
2  SUSAN T. KUMAGAI (State Bar No. 127667)
   ERIC R. DeWALT (State Bar No. 138560)
3  JOHN T. HENDRICKS (State Bar No. 232606)
   100 Spear Street, Suite 600
4  San Francisco, California 94105
   Telephone:  (415) 357-4600
5  Facsimile:  (415) 357-4605

6  Attorneys for Defendants
   THE UNIVERSITY OF CALIFORNIA AT BERKELEY, REGENTS OF
7  THE UNIVERSITY OF CALIFORNIA, THE SCHOOL OF LAW (BOALT
   HALL), JOHN P. DWYER, VICTORIA ORTIZ and WARD NEWMEYER
8
   KATZENBACH AND KHTIKIAN
9  CHRISTOPHER W. KATZENBACH (State Bar No. 108006)
   1714 Stockton Street, Suite 300
10 San Francisco, California 94133-2930
   Telephone: (415) 834-1778
11 Fax: (415) 834-1842

12 Attorney for Plaintiff
   ANTONIO C. SIMONELLI
13

14

15                UNITED STATES DISTRICT COURT

16            FOR THE NORTHERN DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| ANTONIO C. SIMONELLI,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THE UNIVERSITY OF CALIFORNIA AT BERKELEY, THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, THE SCHOOL OF LAW (BOALT HALL), JOHN P. DWYER, Dean of the School of Law, VICTORIA ORTIZ, Dean of Students of the School of Law, and WARD NEWMEYER, ADA/504 Compliance Officer for the University of California at Berkeley,<br><br>　　　　Defendants. | Case No C 02 1107 JL<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND DISCOVERY CUTOFF**<br><br><br>Date:　　September 6, 2006<br>Time:　　10:30 a.m.<br>Dept:　　Courtroom F<br>Judge:　　Honorable James Larson<br><br>Trial date: None set |

27

28  //

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND DISCOVERY
CUTOFF
Case No. C-02-1107 JL

1

Plaintiff ANTONIO C. SIMONELLI ("plaintiff") and defendants THE UNIVERSITY OF CALIFORNIA AT BERKELEY, REGENTS OF THE UNIVERSITY OF CALIFORNIA, THE SCHOOL OF LAW (BOALT HALL), JOHN P. DWYER, VICTORIA ORTIZ, and WARD NEWMEYER ("defendants") (collectively referred to as the "parties") through their respective counsel stipulate as follows:

WHEREAS, the Case Management Conference in this action is presently scheduled for September 6, 2006;

WHEREAS, the discovery cut-off in this action is presently scheduled for October 25, 2006;

WHEREAS, plaintiff granted defendant an extension of time to respond to plaintiff's pending discovery requests;

WHEREAS, defendants filed a Motion for Administrative Relief from the current pre-trial scheduling order;

WHEREAS, the parties stipulate to continue the date currently set for the Case Management Conference to October 11, 2006 at 10:30 a.m. and the discovery cut-off date to December 29, 2006.

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:

That the Case Management Conference be continued to October ~~11~~ 18, 2006, at 10:30 a.m. in Courtroom F of the Court and the discovery cut-off be continued to December 29, 2006.

Dated: August 28, 2006    LAFAYETTE & KUMAGAI LLP

/S/ SUSAN T. KUMAGAI
SUSAN T. KUMAGAI
Attorneys for Defendants
THE UNIVERSITY OF CALIFORNIA AT BERKELEY, REGENTS OF THE UNIVERSITY OF CALIFORNIA, THE SCHOOL OF LAW (BOALT HALL), JOHN P. DWYER, VICTORIA ORTIZ, and WARD NEWMEYER

| | | |
|---|---|---|
| 1 | Dated: August 28, 2006 | KATZENBACH AND KHTIKIAN |
| 2 | | |
| 3 | | /S/ CHRISTOPHER W. KATZENBACH<br>CHRISTOPHER W. KATZENBACH |
| | | Attorneys for Plaintiff |
| 4 | | ANTONIO C. SIMONELLI |

**ORDER**

The foregoing stipulation having been entered and good cause appearing therefore,

IT IS SO ORDERED.

DATED: August 29, 2006

_____
THE HON.
CHIEF MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

*IT IS SO ORDERED*
*Judge James Larson*

3

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND DISCOVERY CUTOFF
Case No. C-02-1107 JL

### SIGNATURE ATTESTATION:

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

        /S/ Susan T. Kumagai
        SUSAN T. KUMAGAI

### CERTIFICATE OF SERVICE

I certify that a copy of this document was served electronically on August 28, 2006, on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.

        /S/ Susan T. Kumagai
        SUSAN T. KUMAGAI

N:\Documents\UC\Simo\Pldg\stip-cont-cmc.doc