UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO C. SIMONELLI, | No. C 02-1107  JL |
|     Plaintiff, | |
|     v. | **NOTICE** |
| UNIVERSITY OF CALIFORNIA - BERKELEY, ET AL., | |
|     Defendants. | |
| _____/ | |

Parties and counsel of record are hereby ordered to appear before this Court on Wednesday, November 8, 2006 at 11:00 a.m. for a Status Conference regarding outstanding discovery and compliance with this Court's Standing Order. The parties shall e-file and hand serve a statement or statements in compliance with this Court's Standing Order on or before close of business November 3, 2006.

IT IS SO ORDERED.

DATED: October 31,  2006

_____
James Larson
Chief Magistrate Judge

C-02-1107 NOTICE                                                                                                    Page 1 of  1