LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
SUSAN T. KUMAGAI (State Bar No. 127667)
ERIC R. DeWALT (State Bar No. 138560)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone: (415) 357-4600
Facsimile: (415) 357-4605

Attorneys for Defendants
THE UNIVERSITY OF CALIFORNIA AT BERKELEY,
REGENTS OF THE UNIVERSITY OF CALIFORNIA, THE
SCHOOL OF LAW (BOALT HALL), JOHN P. DWYER,

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO C. SIMONELLI,<br><br>    Plaintiff,<br><br>vs.<br><br>THE UNIVERSITY OF CALIFORNIA AT BERKELEY, THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, THE SCHOOL OF LAW (BOALT HALL), JOHN P. DWYER, Dean of the School of Law, VICTORIA ORTIZ, Dean of Students of the School of Law, and WARD NEWMEYER, ADA/504 Compliance Officer for the University of California at Berkeley,<br><br>    Defendants. | Case No. C 02 1107 CRB<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER FOR SUBSTITUTION OF<br>COUNSEL ON BEHALF OF<br>DEFENDANT REGENTS OF THE<br>UNIVERSITY OF CALIFORNIA |

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED AND AGREED, that the law of Gordon & Rees LLP, 275 Battery Street, Suite 2000, San Francisco, California, 94111, will substitute as attorneys of record in this matter in place and stead of Defendant Regents of the University of California's former counsel, Lafayette & Kumagai, who consent to such substitution. Michael Bruno shall be lead trial counsel for Defendant Regents of the University of California.

Dated: February 27, 2007

GORDON & REES LLP

MICHAEL BRUNO

Dated: February 26, 2007

LAFAYETTE & KUMAGAI

ERIC R. DEWALT

I CONSENT TO THIS SUBSTITUTION.

NORMAN J. HAMILL
UNIVERSITY OF CALIFORNIA
OFFICE OF GENERAL COUNSEL

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

March 6, 2007

Dated: ~~February XX, 2007~~



IT IS SO ORDERED
Judge James Larson

\UC\Simo\Pldg\sub of atty.doc

STIPULATION AND [PROPOSED] ORDER FOR SUBSTITUTION OF COUNSEL ON BEHALF OF DEFENDANT REGENTS OF THE UNIVERSITY OF CALIFORNIA
Case No. C-02-1107 CRB