MICHAEL D. BRUNO (SBN: 166805)
MARCIE ISOM (SBN: 226906)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA (erroneously sued as "THE UNIVERSITY OF CALIFORNIA AT BERKELEY" and "THE SCHOOL OF LAW (BOALT HALL)"), JOHN P. DWYER, Dean of the School of Law, VICTORIA ORTIZ, Dean of Students of the School of law, and WARD NEWMEYER, ADA/504 Compliance Officer for the University of California at Berkeley

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO C. SIMONELLI,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>THE UNIVERSITY OF CALIFORNIA AT BERKELEY, THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, THE SCHOOL OF LAW (BOALT HALL), JOHN P. DWYER, Dean of the School of Law, VICTORIA ORTIZ, Dean of Students of the School of law, and WARD NEWMEYER, ADA/504 Compliance Officer for the University of California at Berkeley<br><br>　　　　　Defendants. | CASE NO. C 02 1107 CRB<br><br>**STIPULATION AND PROPOSED ORDER TO TAKE DR. MARK LIPIAN'S AND ANDREW O'BRIEN'S EXPERT DEPOSITIONS AFTER THE EXPERT DISCOVERY CUT-OFF DATE** |

The parties hereby stipulate as follows:

1. Pursuant to the Court's April 16, 2007 Case Management and Pre-Trial Order, all expert discovery shall be completed by July 27, 2007.

2. This case is set for trial on November 5, 2007.

3. Defendants' psychiatric expert, Dr. Mark Lipian, is not available for deposition until after the discovery cut-off date. Plaintiff has agreed to depose Dr. Lipian on August 16,

-1-

2007, a date on which Dr. Lipian is available.

4.  Defendants' vocational rehabilitation expert, Andrew O'Brien, is not available for deposition until after the discovery cut-off date. Plaintiff has agreed to depose Mr. O'Brien on July 31, 2007, a date on which Mr. O'Brien is available.

5.  The parties request and stipulate to an order allowing plaintiff to depose Dr. Lipian and Mr. O'Brien within 30 days of the expert discovery cut-off date.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: July 10, 2007

Kimberly Hancock
KATZENBACH & KHTIKIAN
Attorneys for Plaintiffs

DATED: July 10, 2007

Marcie Isom
GORDON & REES
Attorneys for Defendant

IT IS SO ORDERED.

DATED: July 12, 2007

IT IS SO ORDERED
Judge James Larson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Gordon & Rees LLP
Embarcadero Center West, Suite 2000
275 Battery Street
San Francisco, CA 94111

UCR/1044238/1374683v.1

-2-