MICHAEL D. BRUNO (SBN: 166805)
MARCIE ISOM (SBN: 226906)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA (erroneously sued as THE UNIVERSITY OF CALIFORNIA AT BERKELEY and THE SCHOOL OF LAW (BOALT HALL)), JOHN P. DWYER, Dean of the School of Law, VICTORIA ORTIZ, Dean of Students of the School of law, and WARD NEWMEYER, ADA/504 Compliance Officer for the University of California at Berkeley

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO C. SIMONELLI,<br><br>                    Plaintiff,<br><br>        vs.<br><br>THE UNIVERSITY OF CALIFORNIA AT BERKELEY, THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, THE SCHOOL OF LAW (BOALT HALL), JOHN P. DWYER, Dean of the School of Law, VICTORIA ORTIZ, Dean of Students of the School of law, and WARD NEWMEYER, ADA/504 Compliance Officer for the University of California at Berkeley<br><br>                    Defendants. | CASE NO. C 02 1107 JL<br><br>**STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER** |

Received  Oct-26-07  10:13am     From-14158341842      To-GORDON & REES,LLP 4     Page 002

Defendants by and through their attorneys of record and plaintiff by and through his attorneys of record hereby stipulate to the dismissal without prejudice of defendant WARD NEWMEYER as to all remaining claims against him. Each party to bear its own costs with respect to this dismissal. The parties also stipulate that the statute of limitations has run with respect to any and all claims against defendant Ward Newmeyer arising out of Plaintiff's time at Boalt Hall School of Law.

IT IS SO STIPULATED.

Dated: October 26, 2007

KATZENBACH AND KHTIKIAN

By: *Kimberly Hancock*
Kimberly Hancock
Attorneys for Plaintiff

Dated: October 26, 2007

GORDON & REES, LLP

By: _____
Marcie S. Isom
Attorneys For Defendants

IT IS SO ORDERED.

Dated: October 29, 2007

*James Larson*
Chief Magistrate Judge James Larson

-2-