MICHAEL D. BRUNO (SBN: 166805)
MARCIE ISOM (SBN: 226906)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA (erroneously sued as THE UNIVERSITY OF CALIFORNIA AT BERKELEY and THE SCHOOL OF LAW (BOALT HALL)), JOHN P. DWYER, Dean of the School of Law, VICTORIA ORTIZ, Dean of Students of the School of law, and WARD NEWMEYER, ADA/504 Compliance Officer for the University of California at Berkeley

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO C. SIMONELLI,<br><br>  Plaintiff,<br><br>vs.<br><br>THE UNIVERSITY OF CALIFORNIA AT BERKELEY, THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, THE SCHOOL OF LAW (BOALT HALL), JOHN P. DWYER, Dean of the School of Law, VICTORIA ORTIZ, Dean of Students of the School of law, and WARD NEWMEYER, ADA/504 Compliance Officer for the University of California at Berkeley<br><br>  Defendants. | CASE NO. C 02 1107 JL<br><br>[~~PROPOSED~~] ORDER PERMITTING THE USE OF EQUIPMENT DURING TRIAL<br><br>Trial Date: November 5, 2007.<br>Dept.: Courtroom F, 15th Floor<br>Judge: The Hon. James Larson |

Defendants are hereby permitted to bring to court the following equipment: an Elmo (projector), a screen, a tape/CD player, and a lap top and/or desktop computer with monitor.

IT IS SO ORDERED.

Dated: October 29, 2007

_____
Magistrate Judge James Larson

-1-
[PROPOSED] ORDER